# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MAURICE ANDERSON

NO. 2022 KW 1183

**DECEMBER 22, 2022**

---

In Re:   Maurice Anderson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1202751.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

*a.S.nJ*

DEPUTY CLERK OF COURT
FOR THE COURT